Re: 01-11-00822-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

JAN 20 2015

CHRISTOPHER A. PRINE
CLERK  CM

JAN. 13. 2015

DEAR CLERK,

I'M WRITING TO ASK WHAT IS THE FEE, FOR A COPY OF MY BRIEF AT 10¢ A PAGE APPEAL BRIEF.?

AND HOW MUCH IS THE FEE, FOR A COPY OF MY REPLY BRIEF IN RESPONSE TO THE STATE'S BRIEF.?

I'M REQUESTING THAT I BE SENT A COPY OF MY FRANKS V. DELAWARE HEARING (ON JULY 29, 2011) DEF'S EXHIBIT NO. 5 ROBBIE GUARNELO'S 3-10-2010 DVD.

THIS CLERK OFFICE SENT ME (PRO SE) A FREE (INDIGENT) COPY OF MY ENTIRE LOCK1217 RECORD FOR APPEAL.

I WAS NEVER SENT A COPY OF THE DVD. OR ANY DVD's.

I ONLY NEED A COPY OF Id.

OF ROBBIE GUARNELO G.P.D. TESTIMONY TO DET. HOLLY JOHNSON.

I WOULD ALSO LIKE TO KNOW THE FEE FOR A COPY OF MY 01-11-00822 CR JULY 30, 2011 OPINION ISSUED BY THE COURT.

I'M ON MY § 2254 COVER # 3:14 CV 376 AND I NEED THESE ITEMS TO SUBMIT AS § 2254(E)(1) EVIDENCE, SEE, HARR- INGTON v. RICHTER, 131 S.CT. 770, 786 (2011), YARBO- ROUGH v. ALVARADO, 541 US 652, 664 (2004), WOODFORD v. VISCOTTI, 537 US 19, 27 (2002), 2254 RELIEF IS ONLY MERITED WHERE THE STATE COURT(S) DECISION(S) IS BOTH INCORRECT (SEE, STATE v. ZORRILLA 404 SW3d 734, 737 FN2 (TX. APP SAN ANTONIO 2013)) AND OBJECTIVELY UNREAS- ONABLE WHETHER OR NOT [THIS COURT] WOULD REACH THE SAME CONCLUSION.

SEE, ISSUE NO. 3 THIS COURT INTENTIONALLY MISAPPLIED THE LAW TO DENY MY APPEAL AND SEE, BARRON v. STATE, 760, SW2d 763 764 CTX. APP. BEAUMONT 1989) IMPOSSIBLE RATE RESULTS COURT FALSE STATEMENT TO FLAVOR STATE
2 ahem JE

Dear Clerk Of The 14th Court Of Appeals,

I'm writing to request or inquire on the status of my WRIT OF MANDAMUS PENDING and I would like to know my WRIT OF MANDAMUS CAUSE NUMBER?

Thank you

Shonos Flowers

1-13-15



THOMAS FLORENCE #1782344
3101 FM 369 N.
IOWA PARK, TX. 76367

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 2 0 2015

CHRISTOPHER A. PRINE
CLERK

Re: MANDAMUS 4/ SIVINS (14th)
RE: 01-11-00580 DE DOCUMENTS (1st)

LEGAL
1-13-2015

7700220 6699

CLERK OF COURT
1 ST CT. OF APPEALS, 14th CT. OF APPeals
301 FANNIN
HOUSTON, TX. 77002